for December 1, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO MARINO.— Preference granted for November 11, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MANARROW REALTIES, INC., v. E. J. CONRAD CORPORATION and Others.— Motion granted on condition that appellant be ready to argue or submit the said appeal on the 18th day of November, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

40TH ST. & PARK AVENUE, INC., v. AUSTEN G. Fox and Another, Impleaded, etc.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EDWARD DAVIDOW & RUFUS LEMAIRE, INC., v. GEORGE JESSEL.— Motion granted on condition that appellant be ready to argue or submit the said appeal on the 18th day of November, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

GREGORY B. STOLBERG and Another, Appellants, v. GRACE AMERICAN INTERNATIONAL CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ANNIE O'KEEFE and Others v. GERTRUDE CORLESS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so that the appeal can be argued on the 18th day of November, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

FRANK SILVER v. PARK-LEX HOLDING CORPORATION and Others.— Motion granted so far as to permit the moving party to file a brief as *amicus curiæ* upon the argument of the appeal.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EMMA H. ORVIS v. HOMER W. ORVIS.— Motion granted upon condition that appellant be ready to argue or submit the said appeal on the 18th day of November, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EMMA H. ORVIS v. HOMER W. ORVIS.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ISAAC D. LEVY, Respondent, v. SAMUEL A. ZUCKER, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

CLAIRE GERLI, Respondent, v. L. BACHMANN & Co., INC., Appellant, Impleaded, etc. MANUEL MONSANTO and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.; Finch and Proskauer, JJ., dissent.

MARY LAMB DuSOSSOIT, Appellant, Respondent, v. J. & R. LAMB, INC., and Others, Respondents, Appellants.— Order reversed, with ten dollars costs and disbursements to the plaintiff, and defendants' motion to modify and limit notice of examination denied, with ten dollars costs.   No opinion.   The date for the examination to proceed to be fixed in the order.   Settle order on notice.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Application of PACKMORE REALTY CORPORATION, Respond-